UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUANA SANTIAGO HEREDIA,   24 Civ. 6252 (KPF)

        Plaintiff,   **JUDGMENT**

-against-

JERRY'S PIZZERIA CORP. d/b/a LACONIA PIZZERIA, ADRIANA GARCIA QUEZADA, and ABEL R. MARTINEZ,

        Defendants.
------------------------------------------------------------X

This Action having been commenced on August 19, 2024, by the filing of a Summons and Complaint, the above-captioned Parties having reached a settlement of all claims, Defendant ABEL R. MARTINEZ ("Martinez") having respectively executed an Affidavit of Judgment by Confession, and the settlement having been breached by Martinez, it is hereby:

**ORDERED, ADJUDGED AND DECREED:** That Plaintiff, JUANA SANTIAGO HEREDIA, have judgment against Defendant Martinez in the amount of $135,000.00 with interest commencing on the date of this Judgment as executed below in accordance with 28 U.S.C. 1961 *et seq*.

Dated:   August 4, 2025
           New York, New York

So Ordered:

*Katherine Polk Failla*

Hon. Judge Katherine Polk Failla
United States District Judge